**FILED**

MAR 19 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>6838 Calvine Road<br>Sacramento, CA, 95823 | 2:14-SW-0168-DAD<br>S.W. No.<br>[~~PROPOSED~~] DAD ORDER RE:<br>REQUEST TO SEAL DOCUMENTS<br><br>**SEALED** |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated: 3/18/14

_____
HON. DALE A. DROZD
United States Magistrate Judge
Eastern District of California