IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the search of:<br><br>6838 CALVINE ROAD<br>SACRAMENTO, CALIFORNIA 95823 | CASE NO. 2:14-SW-00168-DAD<br><br>ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS |

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:14-sw-00168-DAD be unsealed and made part of the public record.

Dated: 12/12/2014

HON. CAROLYN K. DELANEY
United States Magistrate Judge

**FILED**

DEC 12 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK